131 Sup. Court 1823. *Campau admr vs MᶜKinstry*
&ᶜ Filᵈ Apˡ 24. 1832 

ALEX. D. FRASER
Atty for plff

 Nº 131 of 1823 Sup. Court. Dec. 26. 1834. 
 *Joseph Campau admʳ of Dennis Campau deceased vs. David C. MᶜKinstry*
Fraser attʸ for plff.

426

Territory of Michigan
 Supreme Court towit: The United States of America
[SEAL] *To the Sheriff of the County of Wayne*
 Greeting:
 We command you that you summon twelve good and lawful men of your Bailiwick, to be and appear before the Judges of said Supreme Court at the Court house in the City of Detroit on the first Monday of January next Ensuing at 12 o'clock noon then and there to serve as Petit Jurors to try the issues joined in the Case between Joseph Campau administrator on the Estate of Dennis Campau, deceased, plaintiff, and David C. McKinstry & others Defendants—
 Hereof fail not but of this writ with the names of the persons by you summoned make due return:
 Witness The Honorable Solomon Sibley Presiding Judge of the Supreme Court of the Territory of Michigan at the City of Detroit this Twenty Sixth day of December in the year of our Lord one thousand Eight hundred and thirty four, and of the Independence of the United States of America the fifty ninth—
 Jnᵒ WINDER
 Clerk.

 Wayne County: Ss By virtue of the within writ I have summoned the following persons to serve as petit Jurors viz. Thomas Palmer, DeGamo Jones, John Palmer, Henry Newberry, Tunis S. Wendell, Subael Conant, David Cooper Francis Cicott, Henry B. Brevoort, Levi Brown, John Watson, and Levi Cook
Jany. 3ʳᵈ 1835 J. M. WILSON
 Shff. W. C.